BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2708



FILED
APR 14 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 211-R-0171 KJM |
| ) | |
| Plaintiff, ) | ORDER TO SEAL |
| v. ) | (UNDER SEAL) |
| ) | |
| GARRY BRADFORD, ) | |
| ) | |
| Defendant. ) | |

The Court hereby orders that the Indictment, the Arrest Warrant, Petition to Seal, and this Order, in the above-referenced case, shall be sealed until further Order of this Court.

DATED: April 14, 2011

_____
KENDALL J. NEWMAN
United States Magistrate Judge

1