BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

FILED
APR 20 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-0171 KJM |
| Plaintiff, | [PROPOSED] UNSEALING ORDER |
| v. | |
| GARRY L. BRADFORD, | |
| Defendant. | |

On April 14, 2011, the Court entered a sealing order on the Indictment, the Arrest Warrant, Petition to Seal and the Order to Seal (under seal). The United States now requests that the Indictment, the Arrest Warrant, Petition to Seal and the Order to Seal (under seal) listed above be unsealed.

IT IS SO ORDERED.

DATE: 4/20/2011

KENDALL J. NEWMAN
United States Magistrate Judge