DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GARRY BRADFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  v.  <br> GARRY BRADFORD,  <br>  Defendant. | NO. 2:11-cr-00171 KJM  <br><br> SUBSTITUTION OF ATTORNEY |

It is respectfully requested that COURTNEY FEIN, Assistant Federal Defender, be relieved as attorney of record and that PETER KMETO, Attorney at Law, 1007 Seventh Street, Suite 100, Sacramento, California, 95814, telephone number (916) 444-7420, be substituted in as counsel in the above-entitled case.

Dated: April 25, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Attorney for Defendant
GARRY BRADFORD

I accept the substitution.

DATED: April 25, 2011

/s/ Peter Kmeto
PETER KMETO
Attorney at Law

I consent to the substitution.

DATED: April 25, 2011

/s/ Garry Bradford
GARRY BRADFORD
Defendant

**O R D E R**

IT IS SO ORDERED.

DATED: April 25, 2011.

UNITED STATES DISTRICT JUDGE