PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: GARRY BRADFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-11-171 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS HEARING |
| vs. | ) | |
| GARRY BRADFORD, | ) | |
| Defendant. | ) | |

Defendant: GARRY BRADFORD, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, MATTHEW D. SEGAL, stipulate and agree to the following:

1. The presently scheduled date of May 13, 2011 for Status Hearing shall be vacated and said Hearing be rescheduled for June 10, 2011 at 9:00 a.m..

2. The case has recently been assigned to the above entitled Court as a result of a Related Case Order and, the Court is not available on the currently scheduled date.

3. Defense Attorney, PETER KMETO, has just recently been appointed to this case and has not yet received discovery. Prosecutor, MATTHEW D. SEGAL, has advised that portions of discovery, *viz.*, pertinent FBI 302's, will be discovered shortly. Accordingly, the parties stipulate that time be excluded pursuant to 18

U.S. C. §3161(h)(7)(A) [Local Code T4] – additional time to adequately prepare for pretrial proceedings.

IT IS SO STIPULATED.

Dated:  May 11, 2011              /s/ MATTHEW D. SEGAL
                                  Assistant U.S. Attorney
                                  for the Government


Dated:  May 11, 2011              /s/  PETER KMETO
                                  Attorney for Defendant
                                  GARRY BRADFORD


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, IT IS ORDERED that the STATUS HEARING in the above entitled matter be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule T-4 until June 10, 2011 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

Dated:  May 11, 2011

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge

- 2 -