BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00171-GEB |
| | ) | |
| Plaintiff, | ) | *AMENDED* APPLICATION AND |
| | ) | ORDER FOR MONEY JUDGMENT |
| v. | ) | |
| | ) | |
| GARRY BRADFORD, | ) | |
| | ) | |
| Defendant. | ) | |

On August 12, 2011, defendant Garry Bradford entered a guilty plea to Counts One through Four of the Indictment, which charge him with Wire Fraud in violation of 18 U.S.C. § 1343.

As part of his plea agreement with the United States, defendant Garry Bradford agreed to forfeit voluntarily and immediately up to $2,200,000.00, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of violations of 18 U.S.C. § 1343, to which he has pled guilty. <u>See</u> Defendant Bradford's Plea Agreement ¶

II.G.  Plaintiff hereby applies for entry of An *amended*[1] money judgment as follows:

1.  Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Garry Bradford in the amount of $2,200,000.00.

2.  The above-referenced personal forfeiture money judgment is imposed based on defendant Garry Bradford's conviction for violating 18 U.S.C. § 1343 (Counts One through Four).  Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offenses of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3.  Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Att: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

DATED: 8/27/12                    BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Matthew D. Segal
                                  MATTHEW D. SEGAL
                                  Assistant U.S. Attorney

---

1 The Application and Order for Money Judgment is being amended to correct a typographical error in the amount of the money judgment.  A zero has been added into the money judgment amount.

1

**O R D E R**

2       For good cause shown, the Court hereby imposes a personal

3 forfeiture money judgment against defendant Garry Bradford in the

4 amount of $2,200,000.00.  Any funds applied towards such judgment

5 shall be forfeited to the United States of America and disposed of

6 as provided for by law.  Prior to the imposition of sentence, any

7 funds delivered to the United States to satisfy the personal money

8 judgment shall be seized and held by the U.S. Marshals Service, in

9 its secure custody and control.

10      IT IS SO ORDERED.

11 Dated:  August 29, 2012

12

13 _____

14 GARLAND E. BURRELL, JR.
Senior United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28