PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: GARRY BRADFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>GARRY BRADFORD,<br><br>         Defendant. | No. CR-S-11-171 GEB<br><br>STIPULATION AND ORDER SETTING JUDGEMENT AND SENTENCING DATE |

Defendant: GARRY BRADFORD, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, MATTHEW D. SEGAL, stipulate and agree to the following:

1– That the hearing date for Judgement and Sentence in the above matter be set for April 12, 2013.

IT IS SO STIPULATED.

Dated:  May 11, 2011          /s/ MATTHEW D. SEGAL
                              Assistant U.S. Attorney
                              for the Government


Dated:  May 11, 2011          /s/  PETER KMETO
                              Attorney for Defendant
                              GARRY BRADFORD

- 1 -

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, IT IS ORDERED that the STATUS HEARING in the above entitled matter be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule T-4 until June 10, 2011 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

Dated: October 4, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge

- 2 -