PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 914-2357

Attorney for: GARRY BRADFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GARRY BRADFORD,<br><br>    Defendant. | No. CR-S-11-171 GEB<br><br>STIPULATION AND ORDER SETTING JUDGEMENT AND SENTENCING DATE |

    Defendant: GARRY BRADFORD, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, MATTHEW D. SEGAL, stipulate and agree to the following:

    1– That the hearing date for Judgement and Sentence in the above matter be set for May 31, 2013.

    IT IS SO STIPULATED.

Dated:  March 28, 2013          /s/ MATTHEW D. SEGAL
                                Assistant U.S. Attorney
                                for the Government

Dated:  March 28, 2013          /s/  PETER KMETO
                                Attorney for Defendant
                                GARRY BRADFORD

- 1 -

## ORDER

UPON the stipulation of the two parties, IT IS ORDERED that the HEARING FOR JUDGEMENT AND SENTENCING in the above entitled matter be continued to May 31, 2013, commencing at 9:00 a.m.

Dated: March 28, 2013

*[signature]*

GARLAND E. BURRELL, JR.
Senior United States District Judge