PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 914-2357

Attorney for: GARRY BRADFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-171 GEB |
| Plaintiff, | STIPULATION AND ORDER SETTING JUDGEMENT AND SENTENCING DATE |
| vs. | |
| GARRY BRADFORD, | |
| Defendant. | |

Defendant: GARRY BRADFORD, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, MATTHEW D. SEGAL, stipulate and agree to the following:

1– That the hearing date for Judgement and Sentence in the above matter be set for June 20th, 2014 and that there be no further continuances of same.

IT IS SO STIPULATED.

Dated:  February 26, 2014        /s/ MATTHEW D. SEGAL
                                 Assistant U.S. Attorney
                                 for the Government


Dated:  February 26, 2014        /s/  PETER KMETO
                                 Attorney for Defendant
                                 GARRY BRADFORD

- 1 -

# ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, IT IS ORDERED that the HEARING FOR JUDGEMENT AND SENTENCING in the above entitled matter be continued to June 20, 2014, as set forth above.

Dated: February 26, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

- 2 -