BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
JARED C. DOLAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BOLDEN, et al,<br><br>Defendants. | CASE NO.  2:11-CR-54 TLN & 2:11-CR-00171 TLN<br><br>**STIPULATION REGARDING SCHEDULE FOR JUDGMENT AND SENTENCING; ORDER**<br><br>DATE: August 15, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.      By previous order, this matter was set for Judgment and Sentencing on August 15, 2014.

2.      By this stipulation, the parties now move to continue Judgment and Sentencing until September 12, 2014 at 9:00 a.m.

3.      The parties agree that any informal objections to the PSRs be filed not later than August 22, 2014, that the FINAL pre-sentence reports be disclosed not later than August 27, 2014, that any Motions to Correct the PSRs be filed not later than September 3, 2014, and that any responses to those motions be filed not later than September 9, 2014.

IT IS SO STIPULATED.

1    Dated:  August 12, 2014                         BENJAMIN B. WAGNER
                                                     United States Attorney
2

3                                                    /s/ JARED C. DOLAN
                                                     JARED C. DOLAN
4                                                    Assistant United States Attorney

5
     Dated:  August 12, 2014                         /s/ Jared Dolan for
6                                                    MICHAEL HANSEN
                                                     Counsel for Defendant
7                                                    MICHAEL BOLDEN

8

9    Dated:  August 12, 2014                         /s/ Jared Dolan for
                                                     DOUGLAS BEEVERS
10                                                   Counsel for Defendant
                                                     CHRISTOPHER JACKSON
11

12   Dated:  August 12, 2014                         /s/ Jared Dolan for
                                                     CLYDE BLACKMON
13                                                   Counsel for Defendant
                                                     VICTOR ALVARADO
14

15
     Dated:  August 12, 2014                         /s/ Jared Dolan for
16                                                   ANTHONY WILLIAMS
                                                     Counsel for Defendant
17                                                   ERICA ARCEO

18

19   Dated:  August 12, 2014                         /s/ Jared Dolan for
                                                     J. TONEY
20                                                   Counsel for Defendant
                                                     NICHOLO ARCEO
21

22   Dated:  August 12, 2014                         /s/ Jared Dolan for
                                                     PETE KMETO
23                                                   Counsel for Defendant
                                                     GARRY BRADFORD
24

25

26

27   ///

28   ////

1

**FINDINGS AND ORDER**

2

IT IS SO ORDERED this 12th day of August, 2014.

3

4

5

6

_____

Troy L. Nunley

7

United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28