BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0171 TLN |
|---|---|
| Plaintiff, | STIPULATION CONTINUING RESTITUTION HEARING TO NOVEMBER 20, 2014; ORDER |
| v. | DATE: November 13, 2014 |
| GARRY BRADFORD | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.   By previous order, this matter was set for a restitution hearing on November 13, 2014.

2.   By this stipulation, the parties now move to continue the restitution hearing until November 20, 2014. The government is in the process of creating a proposed stipulation setting the amount of restitution for each defendant. The government expects to submit that stipulation to defense counsel by the end of the week. If accepted, the stipulation would obviate the need for a hearing.

3.   Accordingly, the parties request that the restitution hearing be continued to November 20, 2014.

IT IS SO STIPULATED.

STIPULATION RE: RESTITUTION HEARING; FINDINGS AND ORDER

1

Dated:  November 12, 2014         BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ JARED C. DOLAN
                                  JARED C. DOLAN
                                  Assistant United States Attorney


Dated:  November 12, 2014         /s/ Pete Kmeto
                                  PETE KMETO
                                  Counsel for Defendant
                                  GARRY BRADFORD


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 12th day of November, 2014.


                                  _____
                                  Troy L. Nunley
                                  United States District Judge