PETER KMETO
Attorney at Law
State Bar #78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

Attorney for: GARY BRADFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-S-11-00171-TLN |
|---|---|
| PLAINTIFF | |
| VS. | STIPULATION AND ORDER CONTINUING RESTITUTION HEARING DATE |
| GARY BRADFORD, | |
| DEFENDANT, | |

    Defendant: GARRY BRADFORD, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, JARED DOLAN, stipulate and agree to the following:

    1– That the hearing date for the Restitution Hearing in the above matter be reset from: November 20, 2014 to December 4, 2014, at 9:30 a.m., in order to give the parties additional time to finalize their stipulation as to the exact amounts and parties owed;

1

IT IS SO STIPULATED.

Dated:  November 19, 2014          /s/ JARED DOLAN
                                   Assistant U.S. Attorney
                                   for the Government


Dated:  November 19, 2014          /s/  PETER KMETO
                                   Attorney for Defendant
                                   GARRY BRADFORD


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, IT IS ORDERED that the HEARING re RESTITUION in the above entitled matter be continued to December 4, 2014, as set forth above.

DATED: November 19, 2014

_____
Troy L. Nunley
United States District Judge

2