# Report and Order Terminating
## Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | Docket No.: 0972 2:11CR00171-001 |
| Garry Bradford | ) | |

On September 18, 2014, the above-named offender was sentenced to Supervised Release for a period of three years. Supervision commenced on January 19, 2017.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

*Sara Gnewikow*

Sara Gnewikow
Sr. United States Probation Officer

Dated: January 25, 2019
Sacramento, California

**REVIEWED BY:**

**Ronnie Preap**

**Supervising United States Probation Officer**

1

**Re:** Garry Bradford
Docket No: 0972 2:11CR00171-001
Report and Order Terminating Supervised Release
<u>**Prior to Original Expiration Date**</u>

# ORDER OF COURT

Pursuant to the above report, it is ordered that Garry Bradford be discharged from Supervised Release, and that the proceedings in the case be terminated.

January 30, 2019
**Date**

**Troy L. Nunley**
**United States District Judge**

Attachment: Recommendation

cc: AUSA - Matthew Dean Segal
FLU Unit – United States Attorney's Office
Fiscal Clerk - Clerk's Office
Supervisee - Garry Bradford